**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 13:18-CV-14-GFVT
(FILED ELECTRONICALLY)**

**UNITED STATES OF AMERICA**                                                                              **PLAINTIFF**

**V.**                                                              **ANSWER**

**TONI HARROD, ET AL.**                                                                                    **DEFENDANTS**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

The Commonwealth of Kentucky, <u>ex rel</u> Division of Unemployment Insurance, for its answer herein states that:

1. It is without sufficient knowledge upon which to form a belief as to the truth of the allegations contained in the complaint except paragraph thirteen (13).

2. The lien mentioned in paragraph thirteen (13) of the complaint has been paid in full, except for the $5.00 lien fee, outside these proceedings. The Commonwealth of Kentucky, <u>ex rel</u> Division of Unemployment Insurance has no claim on the property which is the subject matter in this action.

WHEREFORE, the Commonwealth of Kentucky, <u>ex rel</u> Division of Unemployment Insurance, demands:

1. That the complaint against it be dismissed.

2. Any and all other relief to which it may be entitled.

                COMMONWEALTH OF KENTUCKY

                Education and Workforce Development Cabinet
                Office of Legal and Legislative Services

                /s/ Clay J. Lamb_____
                Clay J. Lamb, Staff Attorney
                300 Sower Blvd., 4th Floor
                Frankfort, Kentucky  40601
                Telephone:   (502) 564-1490
                Facsimile:   (502) 564-9990

## CERTIFICATION

I hereby certify that a true copy of the foregoing Answer has been served by mailing same to the following on this the __31st__ day of __May__, 2018:

Toni Harrod
103 Hunter Ridge Drive
Lawrenceburg, KY 40342

A. George Mason, Jr.
*George Mason Law Firm, PSC*
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

                /s/ Clay J. Lamb_____
                Clay J. Lamb, Staff Attorney